Dismissed and
Memorandum Opinion filed July 1, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00302-CV

____________

 

SUSAN WEAVER, Appellant

 

V.

 

NEWTEK SMALL BUSINESS FINANCE, INC., Appellee

 

 

 



On Appeal from the 280th District Court

Harris County, Texas

Trial Court Cause No. 2007-40484

 

 

 



MEMORANDUM
OPINION

            This is an appeal from a judgment signed January 5, 2009. 
The clerk’s record was filed on May 19, 2009.  No reporter’s record was filed. 
No brief was filed.

            On May 13, 2010, this Court issued an order stating that
unless appellant submitted her brief, together with a motion reasonably
explaining why the brief was late, on or before June 15, 2010, the Court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.

            Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Justices
Anderson, Frost, and Seymore.